**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALIYAH SILVER,
Plaintiff,

vs.

TOP LINE REPORTING INC.; and TRANS UNION LLC;
Defendants.

CASE NO. 1:25-cv-04375-BMC

**TRANS UNION LLC'S CORPORATE DISCLOSURE STATEMENT**

Defendant Trans Union LLC ("Trans Union"), by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by Trans Union. Trans Union is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of Trans Union's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Date: August 14, 2025

Respectfully submitted,

*s/ Joshua A. Stiers*

Joshua A. Stiers, Esq. (NY# 5256177)
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: (765) 401-4230
E-Mail: joshua.stiers@transunion.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on **August 14, 2025**. Notice of this filing will be sent to the by operation of the Court's electronic filing system to all counsel of record.

*s/ Joshua A. Stiers*

Joshua A. Stiers, Esq. (NY# 5256177)
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: (765) 401-4230
E-Mail: joshua.stiers@transunion.com

*Counsel for Defendant Trans Union, LLC*