**MALLON CONSUMER LAW GROUP, PLLC**
ATTORNEYS AT LAW
One Liberty Plaza
Suite 2301
New York NY 10006
(917) 734-6815
kmallon@consumerprotectionfirm.com

August 15, 2025

**VIA ECF**
Honorable Brian M. Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Silver v. Top Line Reporting Inc., et al.* EDNY 1:25-cv-04375**

Dear Judge Cogan:

Plaintiff seeks an extension until August 27, 2025, to respond to Trans Union, LLC's request for a Pre-Motion Conference regarding their anticipated Motion to Dismiss. Plaintiff's current response date is currently August 19, 2025. This is the Plaintiff's first request for an extension. Trans Union has consented to the request. The only other date currently scheduled in this matter is the Initial Conference on September 25, 2025, which should not be impacted by Plaintiff's request. The reason for the request is that counsel for Plaintiff is on vacation until August 24, 2025.

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Counsel for Plaintiff*