**MALLON CONSUMER LAW GROUP, PLLC**
ATTORNEYS AT LAW
One Liberty Plaza
Suite 2301
New York NY 10006
(917) 734-6815
kmallon@consumerprotectionfirm.com

August 27, 2025

**VIA ECF**
Honorable Brian M. Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Silver v. Top Line Reporting Inc., et al.* EDNY 1:25-cv-04375**

Dear Judge Cogan:

In lieu of filing an Opposition to Defendant Trans Union LLC's Motion to Dismiss Plaintiff has elected to exercise her right to file an Amended Complaint to further clarify her allegations pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
One Liberty Plaza, Suite 2301
New York, NY 10006
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Counsel for Plaintiff*