**MALLON CONSUMER LAW GROUP, PLLC**
ATTORNEYS AT LAW
One Liberty Plaza
Suite 2301
New York NY 10006
(917) 734-6815
kmallon@consumerprotectionfirm.com

September 17, 2025

**VIA ECF**
Honorable Brian M. Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Silver v. Top Line Reporting Inc., et al.* EDNY 1:25-cv-04375**

Dear Judge Cogan:

Plaintiff seeks an extension until September 26, 2025, to respond to Trans Union, LLC's Motion to Dismiss. Plaintiff's current response date is currently September 19, 2025. This is the Plaintiff's first request for an extension to respond to this motion. Trans Union has consented to the request. Thera are not other dates which should be impacted by Plaintiff's request. The reason for the request is that counsel for Plaintiff is recovering from a medical procedure he had last week.

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Counsel for Plaintiff*