**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK (BROOKLYN)**

ALIYAH SILVER,
Plaintiff,

vs.

TOP LINE REPORTING INC. and
TRANS UNION, LLC,
Defendants.

CASE NO. 1:25-cv-04375-BMC

**NOTICE OF APPEARANCE**

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Trans Union LLC

Date: October 15, 2025

Respectfully submitted,

*/s/ Camille R. Nicodemus*

Camille R. Nicodemus, Esq. (NY# 2807451)
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 601
Fax: (317) 899-9348
E-Mail: cnicodemus@qslwm.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **15th day of October, 2025**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Kevin C. Mallon, Esq.<br>kmallon@consumerprotectionfirm.com | Joshua A. Stiers, Esq.<br>Joshua.stiers@qslwm.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **15th day of October, 2025** properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Camille R. Nicodemus*

Camille R. Nicodemus, Esq. (NY# 2807451)
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 601
Fax: (317) 899-9348
E-Mail: cnicodemus@qslwm.com

*Counsel for Defendant Trans Union LLC*