UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ALIYAH SILVER,
Plaintiff,

v.

TOP LINE REPORTING INC. and
TRANS UNION, LLC.,
Defendants.

---------------------------------------------------------X

Case No.: 1:25-cv-04375-BMC

**FEDERAL RULE 7.1**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of United States District Court for the Eastern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant TOP LINE REPORTING INC. certifies that there are no parent corporations or publicly held corporations that own 10% or more of its stock.

DATED: October 20, 2025
New York, NY

By: Bhavleen S
Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal
Attorney for Defendant
Top Line Reporting Inc.
261 Madison Avenue, Suite 1063
New York, NY 10016
(917) 597-5984
Bsabharwal@bsablaw.com

To:

Kevin C. Mallon
Mallon Consumer Law Group PLLC
Attorney for Plaintiff
Aliyah Silver
238 Merritt Drive
Oradell, NJ 07649
kmallon@consumerprotectionfirm.com