# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1004
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984


October 20, 2025

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Silver v. Top Line Reporting Inc., et al.
Case No.: 1:25-cv-04375-BMC

Dear Hon. Cogan:

I represent Defendant Top Line Reporting Inc. ("Defendant") in the above-referenced matter. Defendant respectfully requests that the Court so-order a 30-day extension of time for Defendant to file an answer or otherwise move to dismiss the complaint filed by Plaintiff Aliyah Silver.

In accordance with your Honor's Individual Practices Section I.E, the original date for Defendant to answer was October 17, 2025 (21 days from service under FRCP 12(a)(1)(A); this is the first request for an extension of time in this matter; no previous extension requests have been made; counsel for plaintiff has consented to this extension; and the requested extension would provide until November 19, 2025 for defendant to file its answer or pre-answer motion to dismiss. Defendant requests an extension as your undersigned was retained only today and needs time to familiarize herself with the file.

I thank the Court for its consideration of this request.

Respectfully submitted,

Bhavleen Sabharwal

**Bhavleen Sabharwal**
Law Office of Bhavleen Sabharwal
261 Madison Avenue, Suite 1063
New York, NY 10016
(917) 597-5984
Bsabharwal@bsablaw.com
Attorney for Defendant Top Line Reporting Inc.

Via ECF:

Kevin C. Mallon, Esq.
Mallon Consumer Law Group PLLC
238 Merritt Drive
Oradell, New Jersey 07649
kmallon@consumerprotectionfirm.com
Attorney for Plaintiff