# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984


November 25, 2025

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Silver v. Top Line Reporting Inc., et al.
Case No.: 1:25-cv-04375-BMC

Dear Judge:

I represent Defendant Top Line Reporting Inc. ("Defendant") in the above-referenced matter. I write to respectfully request permission from the Court to submit a second pre-conference letter to address an issue of the debt alleged in the complaint in this matter not being "objectively and readily verifiable" as I noted during oral argument on November 24, 2025. I believe this defense is viable but mistakenly neglected to include it in the original pre-conference letter submitted on November 7, 2025 (Dkt. 26).

I thank the Court for its time and consideration of this request.

Respectfully submitted,

Bhavleen S

Bhavleen K. Sabharwal
Law Office of Bhavleen Sabharwal
Attorney for Top Line Reporting
261 Madison Avenue, Suite 1063
New York, NY 10016
Tel: (917) 597-5984

Via ECF

To: All parties