**MALLON CONSUMER LAW GROUP, PLLC**
ATTORNEYS AT LAW
One Liberty Plaza
Suite 2301
New York NY 10006
(917) 734-6815
kmallon@consumerprotectionfirm.com

November 25, 2025

**VIA ECF**
Honorable Brian M. Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Silver v. Top Line Reporting Inc., et al.* EDNY 1:25-cv-04375**

Dear Judge Cogan:

Plaintiff writes in opposition to Top Line Reporting, Inc.'s request to file a second pre-conference letter. The Court has already denied Top Line's Motion to Dismiss, and Top Line cannot simply "renew" their motion on grounds that it admits it failed to include in its original motion. If Defendant wants to legally challenge that ruling the proper methods are either a Motion for Reconsideration or an appeal, and any other attempts to overturn the Court's ruling should be denied.

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
One Liberty Plaza, Suite 2301
New York, NY 10006
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Counsel for Plaintiff Aliyah Silver*