# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984


December 17, 2025

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Silver v. Top Line Reporting Inc., et al.
Case No.: 1:25-cv-04375-BMC

Dear Judge:

I represent Defendant Top Line Reporting Inc. ("Defendant") in the above-referenced matter. I write to apologize to the Court and to opposing counsel for its inadvertent filing of a Motion to Dismiss for Failure to State a Claim pursuant to FRCP 12(b)(6) directed at the FCRA claim. (Dkt. No. 30). Top Line should have filed a Rule 12(c) motion for judgment on the pleadings consistent with the Court's November 25, 2025 Order dated November 25, 2025 (Dkt. No. 28). I will make sure to exercise greater diligence so that such issues do not arise going forward. Top Line respectfully requests permission to re-file its motion in the proper form—as a Rule 12(c) motion for judgment on the pleadings—challenging the sufficiency of the FCRA cause of action.

As counsel for the Plaintiff noted in his correspondence to the Court, Top Line filed an Answer to the First Amended Complaint (the "Answer") on December 12, 2025, but that Answer addressed only the FDCPA claim (Count Three) and the factual allegations (Dkt. No. 31). Top Line has not answered the FCRA claim (Count One), and that claim remains pending. Accordingly, the substantive legal issues raised in Top Line's December 12, 2025, motion remain live and unresolved.

I thank the Court for its time and consideration.

Respectfully Submitted,

*Bhavleen Sabharwal*
Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal
261 Madison Avenue, Suite 1063

New York, NY 10016
(917) 597-5984
Bsabharwal@bsablaw.com
Attorney for Defendant Top Line Reporting Inc.