**MALLON CONSUMER LAW GROUP, PLLC**
ATTORNEYS AT LAW
One Liberty Plaza
Suite 2301
New York NY 10006
(917) 734-6815
kmallon@consumerprotectionfirm.com

December 17, 2025

**VIA ECF**
Honorable Brian M. Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Silver v. Top Line Reporting Inc., et al.* EDNY 1:25-cv-04375**

Dear Judge Cogan:

Plaintiff writes in opposition to Defednant Top Line Reporting, Inc.'s request to file a Motion for Judgment on the Pleadings pursuant to Rule 12(c). The Court should deny Top Lines request for the reasons Plaintiff provided in her letter earlier today. The Court provided Top Line the opportunity to file a Rule 12(c) motion and Top Line instead chose to defy the Court's order and file a Rule 12(b)(6) motion instead. It should therefore not now be permitted to file the motion after it's second Ruel 12(b)(6) motion on this issue was denied.

Aside from the failure to abide by the Federal Rules of Civil Procedure or the Court's own direct orders, the motion will simply waste the parties resources. Top Line does not seek to dismiss Plaintiffs' FDCPA claims (only its' FCRA claims) – thus this case will proceed even if the Court were to grant Top Line's motion. The FDCPA and FCRA claims are nearly identical except for the fact that the FCRA allows for punitive damages and the FDCPA provides statutory damages instead. Accordingly, the motion will constitute a continued waste of the parties and Court's resources regardless of how it is decided.

Accordingly, Plaintiff respectfully requests that the Court deny Top Line a second bite at the apple here after blatantly disregarding the Court's prior order.

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
One Liberty Plaza, Suite 2301
New York, NY 10006
(646) 713-1008
*Attorneys for Plaintiff*