**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**------------------------------------------------------------------x**
**ALIYAH SILVER,**

**Case No. 1:25-cv-04375**

**Plaintiff,**

**-against-**

**TOP LINE REPORTING INC. and**
**TRANS UNION, LLC.,**
**Defendants.**
**------------------------------------------------------------------x**

**DECLARATION OF KEVIN MALLON IN SUPPORT OF PLAINTIFF'S OPPOSITON TO DEFENDANT TOP LINE REPORTING INC'S MOTION TO DISMISS/JUDGMENT ON THE PLEADINGS**

I, Kevin C. Mallon, declare that the following is true and correct to the best of my personal knowledge:

1. I am the owner of Mallon Consumer Law Group, PLLC.
2. I am fully, and personally, familiar with the facts and circumstances set forth herein.
3. This Declaration is offered in support of the plaintiff's Opposition to Defendant Top Line Reporting, Inc.'s Motion to Dismiss/Judgment on the Pleadings.
4. Attached as Exhibit A is the Rent Ledge provided by Top Line and Plaintiff's landlord 101 Bruckner.
5. Attached as Exhibit B is the email chain provided by Top Line in Docket ECF #25, in response to the Court's Order requiring an explanation as to what Top Line did in response to Plaintiff's dispute.

///

Dated: January 12, 2026

Respectfully submitted,

______________________________

Kevin C. Mallon
238 Merritt Drive
Oradell, NJ. 07649
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Attorneys for the Plaintiff Aliyah Silver*