# EXHIBIT A

# Transactions

Date Range: All

| Tenant | Account | Property | Unit | Active Start | Active End |
|---|---|---|---|---|---|
| Aliyah Silver | 988 | 101 Bruckner Realty LLC | 2-F | 9/11/2023 | 7/31/2024 |

| Date | Reference | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 08/08/23 | | Security Deposits | | 2,575.00 | 2,575.00 |
| 08/17/23 | eft | Payment Received | | -5,150.00 | -2,575.00 |
| 09/01/23 | | Rent Charge | | 1,716.60 | -858.40 |
| 10/01/23 | | Rent Charge | | 2,575.00 | 1,716.60 |
| 10/01/23 | | Move In Special Credit | | -2,575.00 | -858.40 |
| 11/01/23 | | Rent Charge | | 2,575.00 | 1,716.60 |
| 11/01/23 | | Move In Special Credit | | -2,575.00 | -858.40 |
| 11/30/23 | T090104 | Payment Received | Aliyah Silver | -470.70 | -1,329.10 |
| 12/01/23 | | Rent Charge | | 2,575.00 | 1,245.90 |
| 12/01/23 | | Move In Special Credit | | -1,287.50 | -41.60 |
| 01/01/24 | | Rent Charge | | 2,575.00 | 2,533.40 |
| 01/01/24 | T091654 | Payment Received | Aliyah Silver | -2,575.00 | -41.60 |
| 02/01/24 | | Rent Charge | | 2,575.00 | 2,533.40 |
| 02/01/24 | T092958 | Payment Received | Aliyah Silver | -2,575.00 | -41.60 |
| 03/01/24 | | Rent Charge | | 2,575.00 | 2,533.40 |
| 03/02/24 | T094187 | Payment Received | Aliyah Silver | -2,575.00 | -41.60 |
| 04/01/24 | | Rent Charge | | 2,575.00 | 2,533.40 |
| 04/01/24 | T095508 | Payment Received | Aliyah Silver | -2,575.00 | -41.60 |
| 05/01/24 | | Rent Charge | | 2,575.00 | 2,533.40 |
| 05/01/24 | T096812 | Payment Received | Aliyah Silver | -2,575.00 | -41.60 |
| 05/29/24 | | Rent Charge | Consession Charge | 6,437.50 | 6,395.90 |
| 06/01/24 | | Rent Charge | | 2,575.00 | 8,970.90 |
| 06/10/24 | | Late Charge | | 50.00 | 9,020.90 |
| 06/19/24 | | Security Deposits | | -2,575.00 | 6,445.90 |
| 07/01/24 | | Rent Charge | | 1,287.00 | 7,732.90 |
| 07/01/24 | | Rent Charge | | 2,575.00 | 10,307.90 |
| 07/10/24 | | Late Charge | | 50.00 | 10,357.90 |