# EXHIBIT B

**Anne Katherene Solidum**

---

**From:** Kevin C <kevin@jcsrealtyny.com>
**Sent:** Wednesday, December 18, 2024 9:06 AM
**To:** Disputes TopLineReporting.com
**Cc:** Esther Fisch
**Subject:** Re: Dispute: Aliyah Silver, 101 Bruckner Blvd, 2-F, Bronx, NY 10454
**Attachments:** image002.png; #2-F.pdf

Hi,

Please see attached.

On Tue, Dec 17, 2024 at 7:33 PM Disputes TopLineReporting.com <disputes@toplinereporting.com> wrote:

> Hi,
>
> Tenant has filed a dispute- Disputes present/previous Account Status/Payment Rating/Account History.
>
> Please provide a copy of a recent ledger.
>
> ***Best Regards!!!***
>
> 
>
> **Dispute Department**
>
> ***866-339-0677 #1***

**E: disputes@toplinereporting.com**

**W: www.toplinereporting.com**

**This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**

---

**From:** Kevin C <kevin@jcsrealtyny.com>
**Sent:** Wednesday, August 14, 2024 1:24 PM
**To:** Disputes TopLineReporting.com <disputes@toplinereporting.com>
**Cc:** Esther Fisch <efisch@jcsrealtyny.com>
**Subject:** Re: Dispute: Aliyah Silver, 101 Bruckner Blvd, 2-F, Bronx, NY 10454

Hi,

Here you go.

On Wed, Aug 14, 2024 at 12:02 PM Esther Fisch <efisch@jcsrealtyny.com> wrote:

> +Kevin C
>
> --
>
> Thank You
>
> Esther

Office: 718-701-5680

Efisch@jcsrealtyny.com

On Tue, Aug 13, 2024 at 9:15 PM <disputes@toplinereporting.com> wrote:

Hi,

Tenant Aliyah has filed a dispute.

Disputes Current Balance and/or Amount Past Due.

**Can you please send us a copy of the signed lease and most recent ledger.**

***Best Regards!!!***

***TopLine Reporting Inc.***

**Dispute Department**

***866-339-0677 #1***

**E: disputes@toplinereporting.com**

**W: www.toplinereporting.com**

**PLEASE NOTE:**

**As per the FCRA, all disputes must be answered in a timely manner, which is 5 to 10 days from the date received. We must receive a response, otherwise we will be forced to delete the account.**

**This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution,**

**review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**

--

**Kevin C.**
**Property Manager**
**(718) 701-5680 Ext. 210**
**JCS Realty Group**
***199 Lee Avenue Suite 1088***
***Brooklyn, NY 11211***

--

**Kevin C.**
**Property Manager**
**(718) 701-5680 Ext. 210**
**JCS Realty Group**
***199 Lee Avenue Suite 1088***
***Brooklyn, NY 11211***