Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

January 15, 2026

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Silver v. Top Line Reporting Inc., et al.*, Case No. 1:25-cv-04375-BMC

Dear Judge Cogan:

I write to apologize for filing a motion for a stay (Dkt. 38) without first submitting a pre-motion letter as required by Your Honor's Individual Practices, Section III.B.2. I take full responsibility for this error.

I understand that this represents another misstep in failing to comply with Your Honor's procedures. I apologize for my oversight and assert to the Court and opposing counsel that such conduct will never happen again.

If the Court permits, I will withdraw the motion and submit a pre-motion letter in accordance with the Court's Rules.

Thank you for your time and consideration.

Respectfully submitted,

*Bhavleen Sabharwal*

Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal
261 Madison Avenue, Suite 1063
New York, NY 10016
(917) 597-5984
Bsabharwal@bsablaw.com

*Attorney for Defendant Top Line Reporting Inc.*