**MALLON CONSUMER LAW GROUP, PLLC**
ATTORNEYS AT LAW
One Liberty Plaza
Suite 2301
New York NY 10006
(917) 734-6815
kmallon@consumerprotectionfirm.com

January 21, 2026

**VIA ECF**
Honorable Brian M. Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Silver v. Top Line Reporting Inc., et al.* EDNY 1:25-cv-04375**

Dear Judge Cogan:

Plaintiff hereby requests a pre-motion conference for an anticipated Motion to Strike a specific allegation Defendant Top Line's recently filed Reply Brief in Support of its Motion for Judgment on the Pleadings and for sanctions. In a footnote of their reply Top Line asserts that Plaintiff's prior landlord 101 Bruckner Realty, LLC filed an action in New York Supreme Court, County of Kings, on December 24, 2024 seeking $10,357 for breach of contract and account stated. **No such case was ever filed.** [See accompanying Declaration of Kevin Mallon.] Plaintiff's requested motion would seek to strike that allegation from the pleadings and to sanction counsel for including them.

Counsel for Top Line either knew that this was a material malpresentation and added it to their brief in a brazen attempt to mislead this Court in order to obtain an apparent advantage in their motion or failed to take either the most basic efforts to learn if the case had ever been filed, such as doing a quick online search. The unsigned Complaint lacking an index number should have been an enormous red flag that the case had never actually been filed. Either situation is worthy of sanctions pursuant to the Court's inherent powers.

Respectfully submitted,

Kevin Mallon
Mallon Consumer Law Group, PLLC
One Liberty Plaza, Suite 2301
New York, NY 10006
(646) 713-1008
kmallon@consumerprotectionfirm.com

*Counsel for Plaintiff Aliyah Silver*