**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------x**
**ALIYAH SILVER,**

**Case No. 1:25-cv-04375**

**Plaintiff,**

**-against-**

**TOP LINE REPORTING INC. and**
**TRANS UNION, LLC.,**
**Defendants.**
**-----------------------------------------------------------------x**

**DECLARATION OF KEVIN MALLON IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AND MOTION FOR SANCTIONS**

I, Kevin C. Mallon, declare that the following is true and correct to the best of my personal knowledge:

1. I am the owner of Mallon Consumer Law Group, PLLC.
2. I am fully, and personally, familiar with the facts and circumstances set forth herein.
3. This Declaration is offered in support of the Plaintiff's Motion to Strike and Motion for Sanctions.
4. After receiving Top Line's Reply Brief in Support of its Motion to Dismiss/Motion for Judgment on the Pleadings I noticed that Top Line alleged in footnote 1 that 101 Bruckner had filed an action against Plaintiff Aliyah Silver in New York Supreme Court.
5. I was stunned that Ms. Silver or counsel for Top Line would have failed to mention this other state court action to me prior to this date and immediately became suspicious that no such case had ever been filed.
6. I immediately searched online and could find no record of such a case ever being filed in

any New York court.

7. I thereafter requested a copy of either the pleadings or an Index Number from counsel for Top Line. Counsel promptly responded by sending me an unsigned draft Complaint without an index number.

8. At 8:37 I emailed counsel for Top Line and pointed out that the Complaint was unsigned and did not have an index number and there was no record of any such complaint being file with the NY state online court records. I have yet to receive a response to that email.

9. I spoke with Ms. Silver this morning who confirmed she had never been served with or notified of the existence of this alleged lawsuit.

10. I thereafter called the counsel listed on that draft Complaint and spoke with attorney David Epstein.

11. Mr. Epstein reviewed the file and informed me that no such action had ever been filed in New York Supreme Court because 101 Bruckner had failed to provide the filing fee in order for the action to be filed.

12. Accordingly, to the best of my knowledge no such lawsuit was ever filed in New York Supreme Court or anywhere else.

Dated: January 21, 2026

Respectfully submitted,

Kevin C. Mallon
238 Merritt Drive
Oradell, NJ. 07649
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Attorneys for the Plaintiff Aliyah Silver*