# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984


January 21, 2026

VIA ECF:

Honorable Brian M. Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Silver v. Top Line Reporting Inc., et al.*, EDNY 1:25-cv-04375

Dear Judge Cogan:

Defendant Top Line Reporting Inc. ("Top Line") writes in response to Plaintiff's January 21, 2026 pre-motion conference letter requesting leave to file a motion to strike Footnote 1 from Top Line's Reply Brief filed on January 20, 2026.

During my initial investigation of this matter, I was informed that a lawsuit had been filed by 101 Bruckner Realty LLC against Plaintiff in New York State Supreme Court, Kings County. I was provided with a summons and complaint dated December 24, 2024. Upon further investigation, after my reply brief was filed, I found that no such case was filed. I did not intentionally mislead the Court by inserting the footnote and I understand my ethical duties as an officer of the Court to inform the Court of any inaccuracies when they become known. I intended to notify the Court of the misinformation contained in the footnote today as the reply brief was filed late last night, but Plaintiff's counsel filed a letter motion before I had the opportunity to do so. I clearly did not intend to mislead counsel as I provided him with the complaint upon his request shortly after the motion was filed.

In light of this information, Top Line hereby withdraws footnote 1 in its entirety from its Reply Brief filed on January 20, 2026. As footnote 1 has been withdrawn, the allegation Plaintiff seeks to strike no longer forms any part of Top Line's arguments or pleadings before this Court. Accordingly, Plaintiff's anticipated motion to strike and request for sanctions is moot, and it is respectfully requested that Plaintiff's request for a pre-motion conference be denied.

Respectfully submitted,

______________________________

Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal
261 Madison Avenue, Suite 1063
New York, NY 10016
(917) 597-5984
Bsabharwal@bsablaw.com
Attorney for Defendant Top Line Reporting Inc.

cc: Kevin Mallon, Esq. (via ECF)