# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

April 1, 2026

**VIA ECF:**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Silver v. Top Line Reporting Inc., et al.*, Case No.: 1:25-cv-04375-BMC

Dear Judge Cogan:

I represent Defendant Top Line Reporting Inc. ("Top Line") in the above-referenced matter and write respectfully to inquire regarding the Court's Order dated March 31, 2026.

The Order directs Top Line to produce screen shots capturing its full account notes relating to Plaintiff and denies Plaintiff's request for sanctions and for attorneys' fees and costs. Top Line appreciates the Court's denial of Plaintiff's sanctions request. However, in its post-hearing letter filed pursuant to the Court's direction at the conclusion of the March 6, 2026 sanctions hearing (ECF Dkt. No. 51), Top Line respectfully requested that the Court grant attorneys' fees in its favor based on Plaintiff's failure to comply with the Court's Individual Practices governing discovery disputes, including Plaintiff's bypass of the meet-and-confer requirement and joint letter submission process. The Court's March 31, 2026 Order does not appear to address that request.

Top Line therefore respectfully inquires whether the Court intends to address Top Line's request for attorneys' fees, or whether the Court's Order should be understood as denying that request as well.

Thank you for Your Honor's time and consideration.

1

Respectfully submitted,

*Bhavleen Sabharwal*

Bhavleen K. Sabharwal
Law Office of Bhavleen Sabharwal
Attorney for Top Line Reporting
261 Madison Avenue, Suite 1063
New York, NY 10016
Tel: (917) 597-5984
Bsabharwal@bsablaw.com

To: All parties

2