Law Office of Bhavleen Sabharwal
261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

April 30, 2026

**VIA ECF:**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Silver v. Top Line Reporting Inc., et al.*, Case No.: 1:25-cv-04375-BMC

Dear Judge Cogan:

I represent Defendant Top Line Reporting Inc. ("Top Line") in the above-referenced matter. I respectfully request a one-week extension of the briefing schedule for Top Line's motion for summary judgment, as set by the Court's Minute Entry and Order dated April 20, 2026.

In accordance with Your Honor's Individual Practices, the original deadline for Top Line to file its motion for summary judgment is May 4, 2026; this is the first request for an extension of this briefing schedule; no prior extension requests have been made or denied; counsel for plaintiff has consented to this request; and the grounds for the extension are that Top Line's principal, whose review and approval of the motion papers is necessary prior to filing, will be out of the country through May 6, 2026. The other dates currently scheduled in this matter that would be affected are the opposition deadline of May 18, 2026 and the reply deadline of May 25, 2026. The proposed modified schedule is as follows: motion due May 11, 2026; opposition due May 27, 2026; reply due June 1, 2026.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

*Bhavleen Sabharwal*
Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal
Attorney for Top Line Reporting

261 Madison Avenue, Suite 1063
New York, NY 10016
Tel: (917) 597-5984
Bsabharwal@bsablaw.com

To: All parties