# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984


May 12, 2026

**VIA ECF:**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Silver v. Top Line Reporting Inc., et al.*, Case No.: 1:25-cv-04375-BMC
Letter Motion to Temporarily Restrict Public Access to ECF Dkt. 56 and all attachments pending complete refiling

Dear Judge Cogan:

I am counsel for Defendant Top Line Reporting Inc. I write to respectfully request that the Court temporarily restrict public access to ECF Docket No. 56 in its entirety — including all attachments and exhibits filed.

I inadvertently uploaded certain documents without the appropriate redactions in place. I submit that restricting the entire docket entry so it's not publicly viewable until refiling is the most efficient and complete means of remediation.

Defendant will refile a complete, properly redacted version of ECF Dkt. 56 and all attachments as soon as practicable and will promptly notify the Court and counsel upon doing so.

I sincerely apologize to the Court and to Plaintiff's counsel for this oversight and appreciates the Court's attention to this matter.

Respectfully submitted,

*Bhavleen Sabharwal*

Bhavleen K. Sabharwal
Law Office of Bhavleen Sabharwal
*Attorney for Top Line Reporting*

261 Madison Avenue, Suite 1063
New York, NY 10016
Tel: (917) 597-5984
Bsabharwal@bsablaw.com

To: All parties