Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

May 15, 2026

**VIA ECF:**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Silver v. Top Line Reporting Inc., et al.*, Case No.: 1:25-cv-04375-BMC

Dear Judge Cogan:

I represent Defendant Top Line Reporting Inc. ("Top Line") in the above-referenced matter.

In connection with Top Line's Motion for Summary Judgment, the parties have designated specific exhibits as "Confidential" in this matter pursuant to the Protective Order in place. Exhibit "B" is the TransUnion Data Furnishers Reporting Agreement between Trans Union LLC and Top Line Reporting Inc., Exhibit "C" is the Rent Tracker Services Agreement between The Rent Tracker, LLC and JCS Realty LLC, and Exhibit "G" is Plaintiff Aliyah Silver's TransUnion Personal Credit Report.

Accordingly, I respectfully request permission to file Exhibits B, C, and G under seal. I will be filing all documents separately — one redacted set for public view and one unredacted set to be filed under seal. A complete un-redacted set was already delivered to the Court on May 11, 2026.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

*Bhavleen Sabharwal*
Bhavleen K. Sabharwal
Law Office of Bhavleen Sabharwal
261 Madison Avenue, Suite 1063
New York, NY 10016
Tel: (917) 597-5984

Bsabharwal@bsablaw.com
*Attorney for Top Line Reporting Inc.*

TO:

Kevin C. Mallon, Esq.
Mallon Consumer Law Group, PLLC
One Liberty Plaza, Suite 2301
New York, New York 10006
Tel: (646) 713-1008
kmallon@consumerprotectionfirm.com
*Attorneys for Plaintiff Aliyah Silver*

Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
99 Main Street
Nyack, New York 10960
Tel: (212) 248-7906
Brian@bromberglawoffice.com
*Attorneys for Plaintiff Aliyah Silver*