UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------X

ALIYAH SILVER,
Plaintiff,

v.

TOP LINE REPORTING INC. and
TRANS UNION, LLC,
Defendants.

--------------------------------------------------------X

Case No.: 1:25-cv-04375-BMC

**DEFENDANT TOP LINE REPORTING INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

**DEFENDANT TOP LINE REPORTING INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Henry Goldring, CEO and Executive Director of Top Line Reporting Inc., together with exhibits annexed thereto; Defendant Top Line Reporting Inc.'s Memorandum of Law in Support of Its Motion for Summary Judgment; Defendant's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1; and upon all the pleadings and proceedings herein, Defendant Top Line Reporting Inc. ("Top Line"), by and through its undersigned counsel, Law Office of Bhavleen Sabharwal, P.C., will move this Court, at a date and time to be determined by the Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order: (i) granting Top Line's motion for summary judgment in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure; (ii) dismissing Plaintiff's Third Cause of Action alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., with prejudice, and (iii) granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the Court's Order dated April 30, 2026, Plaintiff's opposition papers, if any, are due on or before May 27, 2026, and Top Line's reply papers, if any, are due on or before June 1, 2026.

**PLEASE TAKE FURTHER NOTICE THAT** Top Line respectfully requests oral argument on this motion.

Dated: May 11, 2026
New York, New York

Respectfully submitted,

Bhavleen S

Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue, Suite 1063
New York, New York 10016
Tel: (917) 597-5984
Bsabharwal@bsablaw.com
Attorney for Defendant Top Line Reporting Inc.

TO:

Kevin C. Mallon, Esq.
Mallon Consumer Law Group, PLLC
One Liberty Plaza, Suite 2301
New York, New York 10006
Tel: (646) 713-1008
kmallon@consumerprotectionfirm.com

Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
99 Main Street
Nyack, New York 10960
Tel: (212) 248-7906
Brian@bromberglawoffice.com

*Attorneys for Plaintiff Aliyah Silver*