UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ALIYAH SILVER,

Plaintiff,

-against-

TOP LINE REPORTING INC. and
TRANS UNION, LLC.,

Defendants.

------------------------------------------------------------ X

Case No. 1:25-cv-04375-BMC

**AFFIRMATION IN SUPPORT**

**BHAVLEEN SABHARWAL, ESQ.**, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following to be true under penalty of perjury:

1. I am the principal of the Law Office of Bhavleen Sabharwal, attorney for Defendant Top Line Reporting Inc. ("Top Line") in connection with the above-captioned action. As such, I am fully familiar with the facts and circumstances hereinafter set forth.

2. I submit this Affirmation in support of Top Line's motion for summary judgment pursuant to Fed. R. Civ. P. 56 seeking dismissal of Plaintiff's Third Cause of Action alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

3. The facts in support of Top Line's motion are set forth in the annexed Declaration of Tzvi (Henry) Goldring, executed in May 11, 2026, and Top Line's Local Rule 56.1 Statement of Undisputed Material Facts.

4. The following is a description of the Exhibits attached in support of Top Line's motion:

5. Exhibit "A": Residential lease agreement between 101 Bruckner Realty LLC and Plaintiff Aliyah Silver for Apartment 2F at 101 Bruckner Boulevard, Bronx, New York, dated August 8, 2023;

6. Exhibit "B": TransUnion Data Furnishers Reporting Agreement between Top Line and TransUnion, effective February 18, 2022 (submitted under confidential designation pursuant to the Protective Order entered in this matter);

7. Exhibit "C": The Rent Tracker Services Agreement between The Rent Tracker, LLC and JCS Realty LLC, dated July 26, 2022 (submitted under confidential designation pursuant to the Protective Order entered in this matter);

8. Exhibit "D": Written correspondence between Plaintiff and property management company JCS Realty Group regarding Plaintiff's tenancy and rental account balance;

9. Exhibit "E": Written correspondence between Plaintiff and Top Line concerning Plaintiff's dispute of the tradeline reported to TransUnion;

10. Exhibit "F": Plaintiff Aliyah Silver's Responses to Defendant Top Line's First Set of Interrogatories, dated February 10, 2026;

11. Exhibit "G": Plaintiff Aliyah Silver's TransUnion credit report dated January 5, 2026;

12. Exhibit "H": Excerpts of the deposition transcript of Aliyah Silver, taken February 11, 2026; and

13. Exhibit "I": Excerpts of the deposition transcript of Tzvi (Henry) Goldring, taken February 11, 2026.

14. Exhibit "J": Case laws cited in support of Defendant Top Line's motion for summary judgment.

Dated: New York, New York
May 11, 2026

LAW OFFICE OF BHAVLEEN SABHARWAL

By: Bhavleen S

BHAVLEEN SABHARWAL, ESQ.
261 Madison Avenue, Suite 1063

New York, New York 10016
(917) 597-5984
Bsabharwal@bsablaw.com
*Attorneys for Defendant Top Line Reporting Inc.*

TO:

MALLON CONSUMER LAW GROUP, PLLC
Kevin C. Mallon, Esq.
One Liberty Plaza, Suite 2301
New York, New York 10006
(646) 713-1008
kmallon@consumerprotectionfirm.com
*Attorneys for Plaintiff Aliyah Silver*

BROMBERG LAW OFFICE, P.C.
Brian L. Bromberg, Esq.
99 Main Street
Nyack, New York 10960
(212) 248-7906
brian@bromberglawoffice.com
*Attorneys for Plaintiff Aliyah Silver*