# Exhibit D

**Joseph Klein** [redacted]com›
to 276gc, me

Tue, May 28, 2024, 12:59 PM

Hi Aliyah,

Thank you for your email. I want to clarify that even though you have moved out of 101 Bruckner, you are still responsible for the lease until it ends. This includes the obligation to continue paying rent until either the lease term concludes or a new tenant is found to take over the lease.

If you wish, you can hire our agent to find someone to take over your lease. Please coordinate with the broker cc'd on this email to discuss the next steps for re-listing the unit.

If you have any questions or need further assistance, feel free to reach out.

Best regards,

JCS REALTY

**Joseph Klein**
**Property Manager,** JCS Realty Group
[redacted]5680
[redacted]com

**Aliyah Silver** <[redacted]com> Thu, Jan 11, 9:14 PM
to Joseph

Hi Joseph,

Thank you. Per my last e-mail please advise on what the penalty is for breaking my lease.

Best,
Aliyah

...

**Joseph Klein** <[redacted]com> Fri, Jan 12, 8:07 AM
to me

Hi

The only way to break the lease. Is if you find someone to take over the remaining of your lease

JCS REALTY

**Joseph Klein**
**Property Manager, JCS Realty Group**
[redacted]5680
[redacted]com

Silver_0002

Gmail Aliyah Silver <[redacted]com>

# 101 2F account balance

5 messages

---

**Joseph Klein** <[redacted]com> Wed, Jul 31, 2024 at 3:03 PM
To: Aliyah Silver <[redacted]com>

HI

You still have a balance of 2,857.90 Plz let us know when you plan to pay it

JCS REALTY

Joseph Klein
Property Manager, JCS Realty Group

[redacted]5680

[redacted]com

---

**Aliyah Silver** <[redacted]com> Thu, Aug 15, 2024 at 11:37 AM
To: Joseph Klein <[redacted]com>

Hi Joseph, what is this balance for?

[Quoted text hidden]

---

**Aliyah Silver** <[redacted]com> Sat, Aug 17, 2024 at 11:31 AM
Cc: Kevin C <[redacted]com>

Hi Joseph,

I spoke with Jhenelle [redacted] She assumed financial responsibility for 101 Bruckner Blvd apt 2F on July 15th, when her lease started. My rent is paid through the end of June. I have therefore made my final payment to JCS today equal to the prorated rent for July 1 - July 14 ($1,162.90).

Best,
Aliyah
[Quoted text hidden]

---

**Aliyah Silver** <[redacted]com> Sat, Aug 17, 2024 at 11:32 AM
To: Joseph Klein <[redacted]com>

[Quoted text hidden]

---

**Kevin C** <[redacted]com> Mon, Aug 19, 2024 at 9:36 AM
To: Aliyah Silver <[redacted]com>
Cc: Esther Fisch <[redacted]com>, Joseph Klein <[redacted]com>

Hi Aliyah,

Good morning,

I'll look into it.

On Sat, Aug 17, 2024 at 11:31 AM Aliyah Silver <[redacted]com> wrote:

> Hi Joseph,
>
> I spoke with Jhenelle [redacted] She assumed financial responsibility for 101 Bruckner Blvd apt 2F on July 15th, when her lease started. My rent is paid through the end of June. I have therefore made my final payment to JCS today equal to the prorated rent for July 1 - July 14 ($1,162.90).
>
> Best,
> Aliyah
>
> On Thu, Aug 15, 2024 at 11:37 AM Aliyah Silver <[redacted]com> wrote:
>
> > Hi Joseph, what is this balance for?
> >
> > On Wed, Jul 31, 2024 at 3:03 PM Joseph Klein <[redacted]com> wrote:
> >
> > > HI
> > >
> > > You still have a balance of 2,857.90 Plz let us know when you plan to pay it
> > >
> > > JCS REALTY
> > >
> > > **Joseph Klein**
> > > **Property Manager, JCS Realty Group**
> > >
> > > [redacted]5680
> > >
> > > [redacted]om

--

Thanks,

JCS REALTY

**Kevin C.**
**Property Manager**
**[redacted]5680 Ext. 210**
**JCS Realty Group**
***199 Lee Avenue Suite 1088***
***Brooklyn, NY 11211***

Gmail

Aliyah Silver [redacted] om>

# 101 2F account balance

1 message

**Joseph Klein** [redacted] com> Wed, Jul 31, 2024 at 3:03 PM
To: Aliyah Silver [redacted] com>

HI

You still have a balance of 2,857.90 Plz let us know when you plan to pay it

JCS REALTY

**Joseph Klein**
**Property Manager, JCS Realty Group**
[redacted] 680
[redacted] om

Gmail Aliyah Silver [redacted]om>

# 101 2F account balance

5 messages

---

**Joseph Klein** [redacted]om>
To: Aliyah Silver [redacted].com>

Wed, Jul 31, 2024 at 3:03 PM

HI

You still have a balance of 2,857.90 Plz let us know when you plan to pay it

**Joseph Klein**
**Property Manager, JCS Realty Group**
[redacted]5680
[redacted]om

---

**Aliyah Silver** [redacted]com>
To: Joseph Klein [redacted]com>

Thu, Aug 15, 2024 at 11:37 AM

Hi Joseph, what is this balance for?

---

**Aliyah Silver** [redacted]com>
Cc: Kevin C [redacted]>

Sat, Aug 17, 2024 at 11:31 AM

Hi Joseph,

I spoke with Jhenelle [redacted] She assumed financial responsibility for 101 Bruckner Blvd apt 2F on July 15th, when her lease started. My rent is paid through the end of June. I have therefore made my final payment to JCS today equal to the prorated rent for July 1 - July 14 ($1,162.90).

Best,

---

**Aliyah Silver** [redacted]m>
To: Joseph Klei[redacted]com>

Sat, Aug 17, 2024 at 11:32 AM

---

**Kevin C** [redacted]om>
To: Aliyah Silver [redacted]com>
Cc: Esther Fisch[redacted]om>, Joseph Klein [redacted]com>

Mon, Aug 19, 2024 at 9:36 AM

Hi Aliyah,

Good morning,

I'll look into it.

On Sat, Aug 17, 2024 at 11:31 AM Aliyah Silver <[redacted]com> wrote:

> Hi Joseph,
>
> I spoke with Jhenelle [redacted] She assumed financial responsibility for 101 Bruckner Blvd apt 2F on July 15th, when her lease started. My rent is paid through the end of June. I have therefore made my final payment to JCS today equal to the prorated rent for July 1 - July 14 ($1,162.90).
>
> Best,
> Aliyah
>
> On Thu, Aug 15, 2024 at 11:37 AM Aliyah Silver <[redacted]com> wrote:
>
> > Hi Joseph, what is this balance for?
> >
> > On Wed, Jul 31, 2024 at 3:03 PM Joseph Klein <[redacted]com> wrote:
> >
> > > HI
> > >
> > > You still have a balance of 2,857.90 Plz let us know when you plan to pay it
> > >
> > > JCS REALTY
> > >
> > > **Joseph Klein**
> > > **Property Manager, JCS Realty Group**
> > >
> > > [redacted]5680
> > >
> > > [redacted]com

--

*Thanks,*

JCS REALTY

**Kevin C.**
**Property Manager**
**[redacted]-5680 Ext. 210**
**JCS Realty Group**
***199 Lee Avenue Suite 1088***
***Brooklyn, NY 11211***

# 101 Bruckner Realty LLC

199 Lee Ave 1088 Brooklyn NY 11211

6/4/2024

Dear Tenant,

This is just a friendly reminder that there is still an outstanding balance of $8,970.90 for apartment # 2-F. Please submit payment online at www.jcsrealtyny.com

If your payment is en route, please disregard this notice; however, if payment has been overlooked, we understand that can sometimes happen and appreciate your immediate attention to this matter

Thank You

The Management

# 101 Bruckner Realty LLC

199 Lee Ave 1088 Brooklyn NY 11211

7/3/2024

Dear Tenant,

This is just a friendly reminder that there is still an outstanding balance of $10,307.90 for apartment # 2-F. Please submit payment online at www.jcsrealtyny.com

If your payment is en route, please disregard this notice; however, if payment has been overlooked, we understand that can sometimes happen and appreciate your immediate attention to this matter

Thank You

The Management