# Exhibit E

**Bhavleen Sabharwal**

| | |
|---|---|
| **From:** | Aliyah Silver [redacted] |
| **Sent:** | Tuesday, September 3, 2024 7:45 PM |
| **To:** | Disputes TopLineReporting.com |
| **Subject:** | Re: Dispute of fraudulent report |

Are you suggesting that the management company can report a balance to you that they never informed me of (and that is not real) and that is okay to report just because they show you a ledger that they generated?

On Tuesday, September 3, 2024, Disputes TopLineReporting.com <disputes[redacted] wrote:

> Hi,
>
> We have reached out to the management company and they provided a copy of the ledger which shows a balance due.
>
> Please call the management company to discuss your balance.
>
> ***Best Regards!!!***
>
> TOPLINE REPORTING
>
> **Dispute Department**
>
> [redacted]
>
> **E:** disputes[redacted]
>
> **W:** www.toplinereporting.com
>
> **This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**
>
> ---
>
> **From:** Aliyah Silver [redacted]
> **Sent:** Friday, August 30, 2024 9:02 AM
> **To:** Disputes TopLineReporting.com <disputes[redacted] Top Line Reporting

<office[redacted]
**Subject:** Dispute of fraudulent report

Hi, can you please provide me with the status of my dispute?

On Friday, August 23, 2024, Aliyah Silver [redacted] wrote:

Thanks. Below is my response.

I broke my lease at the beginning of May due to the apartment being uninhabitable. I paid the month of May and my security deposit covered the month of June - I informed management when I emailed them that I was breaking my lease that my security deposit would be used to cover June and that if someone did not move in before July 1 to let me know and I will make a payment for July. They never informed me of this or my true financial responsibility, just attempted to wrongfully extract $10k+ from me. On August 1, I received a notification from TransUnion that I was 60 days late for a $3,820 rent payment reported by Top Line.

1. I never received a bill for $3,820. I still do not know what this is for. Or what was marked as 60 days late as of Aug 1. But as you will see from the following points, it does not matter what it is for because I never owed it.

- Please note, the only "bills" that I have received are below -- unexplained (and clearly untrue) demands for money that are clearly well in excess of my monthly rent. **See attachment 1**

    - On 6/4/2024 they sent an email stating that I owed $8,970. I never received a bill for this amount, it never showed up on the tenant portal, and it was never explained to me where this amount was coming from. I also don't owe this.
    - On 7/3/2024 they sent an email stating that I owed $10,307.90. I never received a bill for this amount, it never showed up on the tenant portal, and it was never explained to me where this amount was coming from.I also don't owe this.
    - On 7/31/2024 they sent an email stating that my balance was now $2857.90. I never received a bill for this amount, it never showed up on the tenant portal, and it was never explained to me where this amount was coming from. I also don't owe this.

        - Please note:

            - The balance is miraculously lower than that was stated on 6/4/2024 and 7/3/2024 because they know I did not owe them that money.
            - I would also like to point out that the final e-mail on 7/31/2024 was sent to me at the same time they reported a different (higher) amount to you to report to TransUnion. Again, no explanation of this balance. But it is also, once again, not something that I owe. When I asked what the balance was for they did not respond. Am I really expecting to pay them whatever they demand when I know it is not correct without explanation and without receiving a bill?

- My tenant portal has consistently shown that I have a $0 balance **See attachment 2** taken on 8/16/24. I have never seen this ledger that you have sent or a breakdown of any charges.

2. Per my lease, I am financially responsible for the unit only until another tenant takes over the unit. I did not and do not owe concessions, which is reflected above and I am also happy to share my lease. Management has not told me when the other unit took over the lease despite re-renting the apartment in June. So on 8/16/2024 and spoke with the current tenant, Jhenelle [redacted] She said that her lease (and therefore her financial responsibility) for the apartment started on July 15th. Here is her cell number should you need to verify: [redacted]. Upon learning that, and being able to calculate my true financial responsibility, on 8/17/2024 I promptly paid my prorated responsibility for 7/1/2024 - 7/14/2024 ($1,162.90). **See attachment 3.** *At best,* on August 1 I was 30 days "late" for $1,162.90. But, again, I was never informed that I owed a balance, when the current tenant moved in, or what my true financial responsibility was etc. I also never received a bill and this is also not what was reported.

3. Having seen this ledger for the first time, I would like to also add that it is inaccurate and I would caution you from submitting any additional reports to TransUnion:

- I do not owe concessions as evidenced by above (my lease and mgmt's e-mail on 7/31/24)
- The rent charges for July are completely inaccurate, not only because they are trying to charge me twice and in excess of one months rent, but because I am only responsible for the first 14 days which has been paid..

Please let me know if you will be able to remove this report or if I need to move forward with FCRA attorney. I would also like to, very respectfully, add that I am not interested in any back and forth with management so if that is required of me just let me know I will just let my attorney handle it from here.

Sincerely,

Aliyah

On Thu, Aug 22, 2024 at 5:25 PM Disputes TopLineReporting.com <disputes[redacted] wrote:

> Hi Aliyah,
>
> Enclosed is a copy of the ledger received.
>
> Please provide your documentation so we can further investigate.
>
> Thank you.
>
> ***Best Regards!!!***

TOPLINE
REPORTING

**Dispute Department**

[redacted]

**E:** disputes[redacted]

**W:** www.toplinereporting.com

**This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**

---

**From:** Disputes TopLineReporting.com
**Sent:** Thursday, August 22, 2024 4:59 PM
**To:** Aliyah Silver [redacted] Top Line Reporting <office[redacted]
**Subject:** RE: Dispute of fraudulent report

Hi Aliyah,

I just tried to reach you.

Please call me back when you hear my message.

***Best Regards!!!***

TOPLINE
REPORTING

**Dispute Department**

[redacted]

**E:** dispute[redacted]

**W:** www.toplinereporting.com

**This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**

---

**From:** Aliyah Silver [redacted]
**Sent:** Thursday, August 22, 2024 12:39 PM
**To:** Top Line Reporting <office[redacted]
**Cc:** Disputes TopLineReporting.com <disputes[redacted]
**Subject:** Re: Dispute of fraudulent report

Hi, I will have not been contacted about this dispute.

Thanks,

Aliyah

On Thursday, August 15, 2024, Top Line Reporting <office[redacted] wrote:

> Hi Aliyah,
>
> Sorry for the delayed response. I will have a representative from our dispute department reach out to you asap.
>
> @Disputes TopLineReporting.com Can you please reach out to Aliyah Silver? His contact number is ([redacted]. Thanks,
>
> ***Sincerely,***
>
> TOPLINE REPORTING
>
> ***Executive Office,***
>
> [redacted]
>
> **This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**

**From:** Aliyah Silver [redacted]
**Sent:** Thursday, August 15, 2024 1:19 PM
**To:** Top Line Reporting <office[redacted]
**Subject:** Dispute of fraudulent report

Hi, I have been trying to contact your office about a dispute for a fraudulent report on my credit. Can I please have a representative contact me?

Thank you,

Aliyah

[redacted]

**Bhavleen Sabharwal**

**From:** Aliyah Silver [redacted]
**Sent:** Friday, August 23, 2024 3:24 PM
**To:** Disputes TopLineReporting.com; Top Line Reporting
**Subject:** Re: Dispute of fraudulent report
**Attachments:** Attachment 1.pdf; Attachment 3.pdf; Attachment 2.PNG

Thanks. Below is my response.

I broke my lease at the beginning of May due to the apartment being uninhabitable. I paid the month of May and my security deposit covered the month of June - I informed management when I emailed them that I was breaking my lease that my security deposit would be used to cover June and that if someone did not move in before July 1 to let me know and I will make a payment for July. They never informed me of this or my true financial responsibility, just attempted to wrongfully extract $10k+ from me. On August 1, I received a notification from TransUnion that I was 60 days late for a $3,820 rent payment reported by Top Line.

1. I never received a bill for $3,820. I still do not know what this is for. Or what was marked as 60 days late as of Aug 1. But as you will see from the following points, it does not matter what it is for because I never owed it.

- Please note, the only "bills" that I have received are below -- unexplained (and clearly untrue) demands for money that are clearly well in excess of my monthly rent. **See attachment 1**
  - On 6/4/2024 they sent an email stating that I owed $8,970. I never received a bill for this amount, it never showed up on the tenant portal, and it was never explained to me where this amount was coming from. I also don't owe this.
  - On 7/3/2024 they sent an email stating that I owed $10,307.90. I never received a bill for this amount, it never showed up on the tenant portal, and it was never explained to me where this amount was coming from.I also don't owe this.
  - On 7/31/2024 they sent an email stating that my balance was now $2857.90. I never received a bill for this amount, it never showed up on the tenant portal, and it was never explained to me where this amount was coming from. I also don't owe this.
    - Please note:
      - The balance is miraculously lower than that was stated on 6/4/2024 and 7/3/2024 because they know I did not owe them that money.
      - I would also like to point out that the final e-mail on 7/31/2024 was sent to me at the same time they reported a different (higher) amount to you to report to TransUnion. Again, no explanation of this balance. But it is also, once again, not something that I owe. When I asked what the balance was for they did not respond. Am I really expecting to pay them whatever they demand when I know it is not correct without explanation and without receiving a bill?
      - My tenant portal has consistently shown that I have a $0 balance **See attachment 2** taken on 8/16/24. I have never seen this ledger that you have sent or a breakdown of any charges.

2. Per my lease, I am financially responsible for the unit only until another tenant takes over the unit. I did not and do not owe concessions, which is reflected above and I am also happy to share my lease. Management has not told me when the other unit took over the lease despite re-renting the apartment in June. So on 8/16/2024 and spoke with the current tenant, Jhenelle [redacted] She said that her lease (and therefore her financial responsibility) for the apartment started on July 15th. Here is her cell number should you need to verify: [redacted] Upon learning that, and being able to calculate my true financial responsibility, on 8/17/2024 I promptly paid my prorated responsibility for 7/1/2024 - 7/14/2024 ($1,162.90). **See attachment 3.** *At best,* on August 1 I was 30 days "late" for $1,162.90. But, again, I was never informed that I owed a balance, when the current tenant moved in, or what my true financial responsibility was etc. I also never received a bill and this is also not what was reported.

3. Having seen this ledger for the first time, I would like to also add that it is inaccurate and I would caution you from submitting any additional reports to TransUnion:

- I do not owe concessions as evidenced by above (my lease and mgmt's e-mail on 7/31/24)
- The rent charges for July are completely inaccurate, not only because they are trying to charge me twice and in excess of one months rent, but because I am only responsible for the first 14 days which has been paid..

Please let me know if you will be able to remove this report or if I need to move forward with FCRA attorney. I would also like to, very respectfully, add that I am not interested in any back and forth with management so if that is required of me just let me know I will just let my attorney handle it from here.

Sincerely,
Aliyah

On Thu, Aug 22, 2024 at 5:25 PM Disputes TopLineReporting.com <disputes[redacted]
wrote:

> Hi Aliyah,
>
> Enclosed is a copy of the ledger received.
>
> Please provide your documentation so we can further investigate.
>
> Thank you.
>
> ***Best Regards!!!***
>
> TOPLINE
> REPORTING

**Dispute Department**

[redacted]

**E:** disputes[redacted]

**W:** www.toplinereporting.com

**This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**

---

**From:** Disputes TopLineReporting.com
**Sent:** Thursday, August 22, 2024 4:59 PM
**To:** Aliyah Silver[redacted]; Top Line Reporting <office[redacted]
**Subject:** RE: Dispute of fraudulent report

Hi Aliyah,

I just tried to reach you.

Please call me back when you hear my message.

***Best Regards!!!***

TOPLINE
REPORTING

**Dispute Department**

[redacted]

**E:** disputes[redacted]

**W:** www.toplinereporting.com

**This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**

**From:** Aliyah Silver [redacted]
**Sent:** Thursday, August 22, 2024 12:39 PM
**To:** Top Line Reporting <office[redacted]
**Cc:** Disputes TopLineReporting.com <disputes[redacted]
**Subject:** Re: Dispute of fraudulent report

Hi, I will have not been contacted about this dispute.

Thanks,

Aliyah

On Thursday, August 15, 2024, Top Line Reporting <office[redacted] wrote:

> Hi Aliyah,
>
> Sorry for the delayed response. I will have a representative from our dispute department reach out to you asap.
>
> @Disputes TopLineReporting.com Can you please reach out to Aliyah Silver? His contact number is [redacted] Thanks,
>
> *Sincerely,*
>
> TOPLINE
> REPORTING
>
> *Executive Office,*
>
> [redacted]
>
> **This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**
>
> **From:** Aliyah Silver [redacted]
> **Sent:** Thursday, August 15, 2024 1:19 PM
> **To:** Top Line Reporting <office[redacted]
> **Subject:** Dispute of fraudulent report
>
> Hi, I have been trying to contact your office about a dispute for a fraudulent report on my credit. Can I please have a representative contact me?

Thank you,

Aliyah

[redacted]

**Bhavleen Sabharwal**

| | |
|---|---|
| **From:** | Disputes TopLineReporting.com <[redacted] |
| **Sent:** | Thursday, August 22, 2024 5:26 PM |
| **To:** | 'Aliyah Silver'; Top Line Reporting |
| **Subject:** | RE: Dispute of fraudulent report |
| **Attachments:** | Silver Alijah Dispute.pdf |

Hi Aliyah,

Enclosed is a copy of the ledger received.

Please provide your documentation so we can further investigate.

Thank you.

***Best Regards!!!***

TOPLINE
REPORTING

**Dispute Department**

[redacted]

**E: disputes[redacted]**
**W: www.toplinereporting.com**

**This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**

---

**From:** Disputes TopLineReporting.com
**Sent:** Thursday, August 22, 2024 4:59 PM
**To:** Aliyah Silver ; Top Line Reporting
**Subject:** RE: Dispute of fraudulent report

Hi Aliyah,

I just tried to reach you.
Please call me back when you hear my message.

*Best Regards!!!*

TOPLINE REPORTING

**Dispute Department**

[redacted]

**E: disputes[redacted]**
**W: www.toplinereporting.com**

**This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**

---

**From:** Aliyah Silver[redacted]
**Sent:** Thursday, August 22, 2024 12:39 PM
**To:** Top Line Reporting <office[redacted]
**Cc:** Disputes TopLineReporting.com <disputes[redacted]
**Subject:** Re: Dispute of fraudulent report

Hi, I will have not been contacted about this dispute.

Thanks,
Aliyah

On Thursday, August 15, 2024, Top Line Reporting <office[redacted]wrote:

> Hi Aliyah,
>
> Sorry for the delayed response. I will have a representative from our dispute department reach out to you asap.

@Disputes TopLineReporting.com Can you please reach out to Aliyah Silver? His contact number is [redacted]
Thanks,

*Sincerely,*

*Executive Office,*

[redacted]

**This email including, without limitation, the attachments, if any, accompanying this email, may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is for the use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution, review or use of the contents of this email, and/or its attachments, is without authorization and is prohibited. If you have received this email in error, please notify us by reply email immediately and destroy all copies of this email and its attachments.**

---

**From:** Aliyah Silver [redacted]
**Sent:** Thursday, August 15, 2024 1:19 PM
**To:** Top Line Reporting <office[redacted]
**Subject:** Dispute of fraudulent report

Hi, I have been trying to contact your office about a dispute for a fraudulent report on my credit. Can I please have a representative contact me?

Thank you,

Aliyah

[redacted]