# Exhibit I

department, and then there's the main office.

Q. Okay. Why don't you tell me what Top Line does.

A. Top Line Reporting is a credit reporting data furnisher on behalf of property operators, owners, and management companies. We report rental data to the CRAs.

Q. Okay. Strictly for landlords?

A. Strictly for multiple-family landlords.

Q. Okay. Does Top Line do anything else, other than report information to credit reporting agencies for landlords?

A. No.

Q. Okay. Where are the offices located?

A. New City, New York.

Q. Is that their only one office?

A. We currently have one office.

Q. Because you said, "main office" before, which makes me think there are others, but there are not?

A. No. No. Small office. We're located --

Q. Okay. All four employees work in the office?

A. Yes.

Q. Okay. On a -- you're in person, on an in-person basis?

A. Everything is in person.

Q. Okay. Does Top Line work only with residential

there like a written proposal or how is it done?

A. There's an agreement that they receive when they engage in our service.

Q. Okay. Do you have an agreement with 101 Bruckner, the landlord in this case?

A. With the property management company.

Q. Was that provided to your counsel?

A. I don't remember.

MR. MALLON: Bhavleen, we're going to call for the production of that agreement.

MS. SABHARWAL: Okay. Put it in writing.

MR. MALLON: Is there a reason why it wasn't produced?

MS. SABHARWAL: We can have that conversation offline.

MR. MALLON: Okay.

BY MR. MALLON (resuming):

Q. And what does that agreement say, Mr. Goldring, basically, like what you described before, that Top Line is paying based upon how many tradelines or tenants are reported every month; is that right?

A. Correct.

Q. Okay. And there's not -- and that's the same whether or not the tenants are paying on time or if they're late, correct?

A. Correct.

Q. Okay. Are there any sort of bonuses that Top Line gets in any way from landlords?

A. No.

Q. Okay. It's just a straight pay per month, per tenant, correct?

A. Per lease.

Q. Per lease. Very good point. Big distinction.

A. Yes.

Q. All right. How much do they get, on average, per lease, per landlord?

A. Is that relevant to --

Q. Relevance is not an objection. You just have to answer the question.

A. Um, on average, about [redacted] a month per lease.

Q. Okay. And what's Top Line's annual revenue?

MS. SABHARWAL: He's not going to answer that. I object. I know you had asked for that information in your interrogatories --

MR. MALLON: What's your basis for objecting?

MS. SABHARWAL: It's proprietary, confidential information.

MR. MALLON: Their annual revenue is not proprietary, Bhavleen.

for compliance with the Fair Debt Collection Practices Act." Does Top Line have any responsive documents to that?

A. If I remember correctly, I think I provided our counsel with our policy and procedure or documentation that describes our procedure according to the FCRA guidelines.

Q. Okay.

MS. SABHARWAL: That wasn't his question. Ms. Walker, can you repeat the question?

MR. MALLON: She doesn't need to repeat it. This was about FDCPA, not FCRA.

BY MR. MALLON (resuming):

Q. Do you have any FDCPA policy and procedures?

A. So, I want to be very clear. Top Line Reporting is not subject to FDCPA. We do not collect debt. We do not accept payments or demand payments. We don't negotiate payments, nor do we seek to induce any kind of payments.

Q. Okay.

A. We don't act as any kind of third-party collector. So, anything that pertains to FDCPA, we're not subject to, we don't have the rights to, and that's not what our agreement with TransUnion is, so I just want to make sure that's very clear.